UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Bondholder Actions Against the Republic of Argentina
(Captions Below)

:
:   **ORDER REQUIRING**
:   **PLAINTIFFS TO INFORM**
:   **THE REPUBLIC OF**
:   **ARGENTINA AS TO**
:   **STATUS OF CLAIMS**
:
:
------------------------------------------------------------ x

*Alzugaray, et al. v. Republic of Argentina, 06 Civ. 3976 (LAP)*
*Arrigoni, et al. v. Republic of Argentina, 05 Civ. 2275 (LAP)*
*Bechara, et al. v. Republic of Argentina, 05 Civ. 3825 (LAP)*
*Beltramo, et al. v. Republic of Argentina, 06 Civ. 7151 (LAP)*
*Bettoni, et al. v. Republic of Argentina, 05 Civ. 4299 (LAP)*
*Beyer, et al. v. Republic of Argentina, 07 Civ. 0098 (LAP)*
*Bolland, et al. v. Republic of Argentina, 06 Civ. 3196 (LAP)*
*Bonvecchi, et al. v. Republic of Argentina, 05 Civ. 2159 (LAP)*
*Botti, et al. v. Republic of Argentina, 05 Civ. 8687 (LAP)*
*Caronte Limited S.A. v. Republic of Argentina, 06 Civ. 15316 (LAP)*
*Catto, et al. v. Republic of Argentina, 07 Civ. 0937 (LAP)*
*Cilli, et al. v. Republic of Argentina, 04 Civ. 6594 (LAP)*
*Consolini, et al. v. Republic of Argentina, 05 Civ. 0177 (LAP)*
*Dolcetti, et al. v. Republic of Argentina, 07 Civ. 2607 (LAP)*
*Dussault, et al. v. Republic of Argentina, 11 Civ. 2864 (LAP)*
*Forgione, et al. v. Republic of Argentina, 06 Civ. 15171 (LAP)*
*Franceschi, et al. v. Republic of Argentina, 03 Civ. 4693 (LAP)*
*Franco, et al. v. Republic of Argentina, 03 Civ. 9537 (LAP)*
*Guibelalde, et al. v. Republic of Argentina, 11 Civ. 4908 (LAP)*
*Heeb, et al. v. Republic of Argentina, 07 Civ. 10656 (LAP)*
*Martinez, et al. v. Republic of Argentina, 05 Civ. 2521 (LAP)*
*Mazzini, et al. v. Republic of Argentina, 03 Civ. 8120 (LAP)*
*Meridian Inv. & Bus. Corp. v. Republic of Argentina, 05 Civ. 5197 (LAP)*
*Milanesi, et al. v. Republic of Argentina, 07 Civ. 7248 (LAP)*
*Million Air Corp. v. Republic of Argentina, 04 Civ. 1048 (LAP)*
*Morata, et al. v. Republic of Argentina, 04 Civ. 3314 (LAP)*
*Palladini, et al. v. Republic of Argentina, 07 Civ. 0689 (LAP)*
*Pasquali, et al. v. Republic of Argentina, 05 Civ. 10636 (LAP)*
*Prima, et al. v. Republic of Argentina, 04 Civ. 1077 (LAP)*
*Strugo v. Republic of Argentina, 05 Civ. 4149 (LAP)*
*Zylberberg Fein LLC v. Republic of Argentina, 07 Civ. 11496 (LAP)*

**ORDER REQUIRING PLAINTIFFS TO INFORM THE REPUBLIC OF ARGENTINA
AS TO STATUS OF CLAIMS**

WHEREAS, plaintiffs in the above-captioned cases have commenced actions in this Court against the Republic of Argentina (the "Republic") based on plaintiffs' purported ownership of beneficial interests in Republic-issued bonds;

WHEREAS, in 2016, the Republic published the Propuesta, which is open to owners of beneficial interests in Republic-issued bonds;

WHEREAS, plaintiffs who settled their claims pursuant to the Propuesta authorized the Republic (or its legal counsel) to file appropriate documents with any administrative body, court, tribunal or other body before which proceedings are pending or that has issued or recognized any payment order, judgment, arbitral award or other such order in respect of the bonds in order to have the proceedings withdrawn, dismissed, and discontinued with prejudice;

WHEREAS, it is not always immediately apparent based on the documentation submitted in connection with the Propuesta whether the bond interests for which payment is to be received are also the subject of litigation;

WHEREAS, in the process of reconciling settled claims in order to relieve congestion of the Court's docket and achieve the orderly and expeditious disposition of cases, the Republic has been informed by counsel for plaintiffs in numerous actions that the plaintiffs have sold or otherwise disposed of, and accordingly no longer hold any interest in, the bonds that are the subjects of plaintiffs' claims or judgments against the Republic;

WHEREAS, Republic-issued debt trades on a secondary market, and plaintiffs may have otherwise disposed of their bonds prior to the Republic's announcement of the Propuesta;

WHEREAS, some plaintiffs who no longer hold their bonds have identified themselves in response to inquiries from the Republic, or have otherwise informed the Court that they no

longer hold valid claims, and have had their judgments deemed satisfied by the Court, and/or have stipulated to have their claims dismissed, *see, e.g.*, Order of Satisfaction of Judgment, *Baccanelli v. Republic of Argentina*, No. 07 Civ. 3851 (LAP) (S.D.N.Y. July 12, 2018), ECF No. 53; Stipulation and Order of Dismissal, *Baccanelli v. Republic of Argentina*, No. 07 Civ. 3851 (LAP) (S.D.N.Y. July 12, 2018), ECF No. 54; Order of Satisfaction of Judgment and Dismissal, *Macrotecnic Int'l Corp. v. Republic of Argentina*, No. 02 Civ. 05932 (LAP) (S.D.N.Y. July 10, 2018), ECF No. 155;

WHEREAS, the Republic has not been able to determine the status of other claims despite repeated inquiries;

WHEREAS, additional plaintiffs may not yet have informed the Republic or the Court that they no longer hold the bond interests that are the subject of their claims or judgments against the Republic;

IT IS HEREBY ORDERED THAT:

1.      Counsel for all plaintiffs in the above-captioned actions must inform counsel for the Republic as to (a) whether, as of the date of their submission to the Republic, any of the plaintiffs in their cases have settled, transferred, and/or otherwise disposed of all or any portion of the bond interests that are the subjects of plaintiffs' claims and/or judgments against the Republic, and, if so, confirm the amounts and bond identification numbers (ISINs) for any interests no longer held, and (b) the amounts and ISINs for any bond interests still held by plaintiffs in the above-captioned actions and still subject to litigation as of the date of their submission to the Republic.

2.      The information described in Schedule A must be transmitted to counsel for the

Republic, Carmine D. Boccuzzi, Jr., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza,

New York, New York 10006, by no later than _____August 30, 2019_____ ; and

3.      The Clerk of the Court is directed to cause this Order to be entered into all cases

listed in this Order, including both ECF and non-ECF cases.


SO ORDERED:

_Loretta A. Preska_
United States District Judge
Dated: July 17, 2019

**SCHEDULE A**

| Plaintiff | Docket Number | Bond ISIN | Principal Amount (Judgment) | Does plaintiff hold the bonds underlying this claim (Yes/No)? If yes, please indicate amount currently held. |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

I, _____, certify that as of the date of this submission, the foregoing is true, accurate, and comprehensive regarding the status of claims brought by the plaintiff(s) for whom I am counsel of record in actions against defendant the Republic of Argentina.

Executed _____, 2019 in _____.

Signed: _____